AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Jon Lawrence Frank<br><br>*Defendant(s)* | )<br>)<br>) Case No. ~~1:16-mj-~~ 1:17MJ88<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 15, 2016__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Jack Hanly

_/s/ Elizabeth Ballinger-Brotman_
*Complainant's signature*

Elizabeth Ballinger-Brotman, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/23/17

__/s/ Michael S. Nachmanoff__
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Honorable Michael S. Nachmanoff
United States Magistrate Judge
*Printed name and title*